IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03380-REB-BNB

HENRY LEE GRIFFIN, JR.,

Plaintiff,

v.

JOHN W. HICKENLOOPER, as Governor of the State of Colorado, in his official capacity,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Motion Requesting Court to Order Service of Summons and Complaint** [docket no. 13, filed April 5, 2012] (the "Motion").

     IT IS ORDERED that the Motion is DENIED AS MOOT. Docket entry no. 15 indicates that service of process has been sent to the Marshal for service on defendant.

DATED:  April 6, 2012