IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03380-REB-BNB

HENRY LEE GRIFFIN, JR.,

Plaintiff,

v.

JOHN W. HICKENLOOPER, as Governor of the State of Colorado, in his official capacity,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion to Dismiss** [docket no. 28, filed June 15, 2012] (the "Motion").

      IT IS ORDERED that the plaintiff shall respond to the Motion on or before **July 16, 2012**.  Defendant has fourteen (14) days after the filing of the response to file a reply.


DATED:  June 18, 2012