IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-03380-REB-BNB

HENRY LEE GRIFFIN, JR.,

Plaintiff,

v.

JOHN W. HICKENLOOPER, as Governor of the State of Colorado, in his official capacity,

Defendant.

## ORDER

This matter arises on the following:

(1) **Plaintiff's Motion for Enlargement of Time to Respond to Defendants Motion to Dismiss** [Doc. # 31, filed 6/28/2012] (the "Motion for Extension"); and

(2) **Plaintiff's Motion for an Order Compelling Discovery from Gov. John Hickenlooper** [Doc. # 32, filed 6/28/2012] (the "Motion to Compel").

Both motions are DENIED.

The defendant has filed a Motion to Dismiss [Doc. # 28] seeking dismissal of the plaintiff's three remaining claims based on (1) failure to plead sufficient facts to state a plausible claim; (2) Eleventh Amendment immunity; (3) failure to allege a physical injury under the Prison Litigation Reform Act; and (4) statute of limitations bar. In general, the Motion to Dismiss is grounded in purely legal arguments, with the facts of the Complaint taken as true. In addition, the plaintiff's discovery requests are irrelevant to any factual matters which may be implicated by the Motion to Dismiss. Consequently, no discovery is necessary to respond to the

Motion to Dismiss, and I am not persuaded by the plaintiff's arguments to the contrary.

IT IS ORDERED:

(1)     The Motion for Extension [Doc. # 31] is DENIED.  The plaintiff shall respond to the Motion to Dismiss on or before July 16, 2012; and

(2)     The Motion to Compel [Doc. # 32] is DENIED.

Dated June 29, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge