IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-03380-REB-BNB

HENRY LEE GRIFFIN, JR.,

Plaintiff,

v.

JOHN W. HICKENLOOPER, as Governor of the State of Colorado, in his official capacity,

Defendant.

_____

**ORDER**
_____

This matter arises on the following:

(1)  **Plaintiff's Motion to Strike . . . .** [Doc. #40, filed 07/20/2012] (the "Motion to Strke;

(2)  **Plaintiff's Motion for Enlargement of Time to Respond to Defendants Motion to Dismiss** [Doc. #41, filed 07/20/2012]; and

(3)  **Plaintiff's Motion for Enlargement of Time to Respond to Defendants Motion to Dismiss** [Doc. #43, filed 07/30/2012].

The plaintiff requests that the court strike from the Complaint his request for "just compensation and/or 1 acre of prison property."  The Motion to Strike is granted.

The plaintiff requests leave to file his response [Doc. #46] to the defendants' motion to dismiss out of time.  His excuses for delaying the filing of his response are unconvincing and incredible.  Nevertheless, I accept the response, and I caution the plaintiff against further abusive litigation behavior.

IT IS ORDERED:

(1) Plaintiff's Motion to Strike . . . . [Doc. #40] is GRANTED;

(2) Plaintiff's Motion for Enlargement of Time to Respond to Defendants Motion to Dismiss [Doc. #41] is DENIED AS MOOT; and

(3) Plaintiff's Motion for Enlargement of Time to Respond to Defendants Motion to Dismiss [Doc. #43] is GRANTED insofar as it seeks an extension of time and denied in all other respects.

Dated August 10, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge