**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-03380-REB-BNB

HENRY LEE GRIFFIN, JR.,

    Plaintiff,

v.

JOHN W. HICKENLOOPER, as Governor of the State of Colorado, in his official capacity,

    Defendant.

---

## MINUTE ORDER[1]

---

    The matter is before the court on **Plaintiff's Motion Requesting Clerk of Court To Forward Complete Record To District Judge Robert E. Blackburn** [#55][2] filed February 11, 2013. The motion is **DENIED**. The district court judge has a complete copy of the record in this case.

    Dated: February 12, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#55]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.