# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03380-REB-BNB

HENRY LEE GRIFFIN, JR.,

    Plaintiff,

v.

JOHN W. HICKENLOOPER, as Governor of the State of Colorado, in his official capacity,

    Defendant.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and the orders entered in this case, **Final Judgment** is entered.

A. Pursuant to the **Order To Dismiss in Part and To Draw Case to a District Judge and a Magistrate Judge** [#10] entered by Senior Judge Lewis T. Babcock on April 5, 2012, which order is incorporated by reference,

**IT IS ORDERED** as follows:

1. That the amended complaint is **DISMISSED IN PART**;

2. That claims four and five of the amended complaint are **DISMISSED** as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B);

3. That defendants Tom Clements and John L. Davis are **DISMISSED** as parties to this action; and

4. That the clerk of the court is directed to remove the names of Tom Clements and John L. Davis as parties to this action.

B.  Pursuant to the **Order Adopting Recommendation of the United States Magistrate Judge** [#57] entered by Judge Robert E. Blackburn on March 18, 2013, which order is incorporated by reference,

**IT IS ORDERED** as follows:

1. That under Fed. R. Civ. P. 12(b)(6), the defendant's **Motion To Dismiss** [#28] filed June 15, 2012, is **GRANTED**;

2. That this case is **DISMISSED**;

3. That **JUDGMENT SHALL ENTER** in favor of the defendant, John W. Hickenlooper, as Governor of the State of Colorado, against the plaintiff, Henry Lee Griffin, Jr.; and

4. That the defendant is **AWARDED** his costs, to be taxed by the clerk of the court under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 19th day of March, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler
    Edward P. Butler
    Deputy Clerk